## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| In Re: | CASE NO. 17-12377 |
| JAMES M. LISTER<br>AMY F. LISTER | Chapter 13 |
| | Judge Beth A. Buchanan |
| Debtors | **OBJECTION TO CHAPTER 13 PLAN** |

Creditor, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Creditor"), by and through counsel, hereby objects to the proposed Chapter 13 Plan filed by the Debtor. This Objection is hereby supported by the following Memorandum.

Respectfully Submitted

/s/ Steven H. Patterson
Steven H. Patterson (0073452)
Attorney for Creditor
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: ohbk@rslegal.com

**MEMORANDUM**

Creditor holds a Mortgage on the real estate located at 10038 State Route 775, Scottown, OH 45678. Creditor has not yet filed a Proof of Claim, however anticipates doing so listing an arrearage of $54,141.16. Debtors' Plan is attempting to cram down the mortgage, which the Debtors are not entitled to do. The subject property is Debtors' primary residence and Debtors cannot change the amount owed, interest rate, or other terms of a first mortgage. (11 U.S.C. 1322(b)(2))

The Chapter 13 Plan as proposed herein does not adequately protect the Creditors' interest in said real estate.

WHEREFORE, Creditor requests that confirmation be denied.

/s/ Steven H. Patterson
Steven H. Patterson (0073452)
Attorney for Creditor
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: ohbk@rslegal.com

## CERTIFICATE OF SERVICE

I certify that on  September 11  , 2017, a true and correct copy of the Objection to Plan was served:

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

Nicholas A. Zingarelli, Debtor`s Counsel
nick@zingarellilaw.com

Margaret A. Burks, Bankruptcy Trustee
Cincinnati@cinn13.org

U.S. Trustee
(Registered Address)@usdoj.gov

**And by regular U.S. Mail, postage prepaid on:**

James M. Lister, Debtor
10038 St. Rt. 775
Scottown, OH 45678

Amy F. Lister, Debtor
10038 St. Rt. 775
Scottown, OH 45678

/s/ Steven H. Patterson
Steven H. Patterson (0073452)
Attorney for Creditor